*E-Filed 1/23/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATEI LUSCA, | No. C 11-6248 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff was ordered to file within 30 days a (1) complaint, and (2) a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $350.00, or face dismissal of the action. More than 30 days have passed and plaintiff has not filed any of these documents. Accordingly, the action is DISMISSED without prejudice to plaintiff filing a (1) complaint, **and** (2) a properly completed IFP application. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: January 23, 2012

RICHARD SEEBORG
United States District Judge

No. C 11-6248 RS (PR)
ORDER OF DISMISSAL